**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **NUTRIEN AG SOLUTIONS, INC.**<br><br>**Plaintiff,** | ) | |
| **v.** | ) | **Case No:** |
| **HBR AG PARTNERSHIP, and HARRY B. RUSSELL, JR., Individually, and BENJAMIN A. RAY, Individually.**<br>Serve At:<br>Mr. Harry B. Russell, Jr.<br>572 W. 416th Rd.<br>East Prairie, MO 63845<br><br>Mr. Benjamin A. Ray<br>2561 N. Highway B<br>Bertrand, MO 63823<br><br>**Defendant.** | ) | |

## COMPLAINT

Plaintiff Nutrien Ag Solutions, Inc. ("Plaintiff"), by and through its attorneys BLANTON, COLLINS, DOUGLAS, HANSCHEN & PETERS, L.L.C., for its cause of action against Defendants HBR Ag Partnership, Harry B. Russell, and Benjamin A. Ray., states:

### Parties

1. Plaintiff is, and at all times relevant hereto has been, a Corporation created by and existing under the laws of the State of Delaware, with its principal place of business in Loveland, Colorado.

2. Upon information and belief, Defendant Harry B. Russell, Jr. is a citizen of Mississippi County, State of Missouri.

3. Upon information and belief, Defendant Benjamin A. Ray is a citizen of Mississippi County, State of Missouri.

4. Upon information and belief, Defendant HBR Ag Partnership is a general partnership, with Harry B. Russell, Jr., Benjamin A. Ray as its sole general partners, with its principal place of business in Mississippi County, Missouri.

5. The causes of action contained herein arise out of an account agreement created in the County of Mississippi, State of Missouri, for agricultural materials supplied to HBR Ag Partnership for farming and operation of crop farming in Mississippi and surrounding counties, State of Missouri.

**Jurisdiction and Venue**

6. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as it is between citizens of different states, and the aggregate amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest.

7. Venue is proper in this Court pursuant to 28 U.S.C. 1391(b)(1) and (2).

**Allegations Common to All Counts**

8. On or before June 26, 2024, Plaintiff entered into an Account Agreement ("Agreement") with Defendants HBR Ag Partnership, Harry B. Russell, Jr., and Benjamin A. Ray to supply agricultural materials and services for farming operations on credit. The Agreement was accepted, and the Account created bore Account Number 10544124. See **Exhibit A**, Credit Agreement, Payment Terms.

9. On the Credit Agreement, HBR Ag Partnership was listed as a general partnership with Harry B. Russell, Jr., individually, and Benjamin A. Ray listed as general partners. Harry B.

Russell, Jr. and Benjamin Ray, individually, executed personal guarantes for the account. See **Exhibit A.**

10. Pursuant to Agreement, Defendants agreed to pay to Plaintiff on terms of Net 30 days on all charged materials. The Agreement further provided that any unpaid balances would be subject to a 2% per month (24% percent APR) finance charge, and the Agreement also provided for recovery of collection, including attorney's fees and court costs. See **Exhibit A**.

11. As of February 1, 2026, Six Hundred Twenty-Six Thousand, Four Hundred Forty-Eight Dollars and Forty-One Cents ($626,448.41) remains due and owing on account 10544124, pursuant to Agreement for materials and/or services supplied to Defendants. See **Exhibit A**, **Exhibit B**, Accounts Receivable Ledgers.

**Count I – Action on Account- Account No. 10544124**

12. Plaintiff re-alleges and incorporates herein by reference Paragraphs 1 through 11 above.

13. Plaintiff fully and faithfully performed its part of the Agreement and supplied all of the services, labor and materials required by the Agreement, and requested by Defendants, and in all respects performed all the conditions of the Agreement on its part to be performed.

14. Plaintiff has given Defendants credit for all payments and other credits due on this account and the balance remaining due on said account, including interest and service charges, as of February 1, 2026 is in the amount of Six Hundred Twenty-Six Thousand, Four Hundred Forty-Eight Dollars and Forty-One Cents ($626,448.41).

15. Plaintiff further states that the prices charged for the said goods delivered and sold are and were, at the time when said goods were delivered and sold, reasonable and proper, and Defendants promised and agreed to pay the same.

16. Plaintiff further states that Defendants agreed to interest on the unpaid portions of the account at 2% per month (24% percent APR), or as allowed by statute, Six Hundred Twenty-Six Thousand, Four Hundred Forty-Eight Dollars and Forty-One Cents ($626,448.41) plus interest as specified by the account or allowed by statute, for its attorneys' fees and costs of suit, and for such other and further relief as this Court deems just and proper.

**Count II - Unjust Enrichment**

17. Plaintiff re-alleges and incorporates herein by reference Paragraphs 1 through 16 above.

18. Plaintiff provided Defendants with material benefits of fertilizer, chemicals, seed, and related products and services.

19. Said fertilizer, chemicals, seed, and related products and services had a value of Six Hundred Twenty-Six Thousand, Four Hundred Forty-Eight Dollars and Forty-One Cents ($626,448.41). Defendants accepted and retained said benefits for use in his farming operations.

20. Plaintiff demanded payment for the fertilizer, chemicals, seed, and related products and services, but Defendants failed to pay.

21. As a direct and proximate result of Defendants' failure and refusal to pay the amount which is due and owing to Plaintiff, Defendants have been unjustly enriched in the amount of Six Hundred Twenty-Six Thousand, Four Hundred Forty-Eight Dollars and Forty-One Cents ($626,448.41) plus interest as allowed by statute.

**WHEREFORE,** Plaintiff prays the Court enter judgment in its favor and against Defendants HBR Ag Partnership, Harry B. Russell, Jr., and Benjamin A. Ray, for actual damages in the amount of Six Hundred Twenty-Six Thousand, Four Hundred Forty-Eight Dollars and Forty-

One Cents ($626,448.41) plus interest as allowed by statute, for its attorney's fees and costs of suit, and for such other and further relief as this Court deems just and proper.

**Respectfully submitted**,

**BLANTON, COLLINS, DOUGLAS,**
**HANSCHEN & PETERS, L.L.C.**
**219 S. Kingshighway**
**Post Office Box 805**
**Sikeston, MO 63801**
**Phone: (573) 471-1000**
**Fax:(573) 471-1012**

**By: /s/ Patrick R. Douglas**
**Patrick R. Douglas #51788MO**

***Attorneys for Plaintiff Nutrien Ag Solutions, Inc.***